WRIGHT, FINLAY & ZAK, LLP
Yanxiong Li, Esq.
Nevada Bar No. 12807
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
yli@wrightlegal.net
*Attorneys for Plaintiffs, Kaiqing Yang and Shouzhong Ding, as executor to decedent estate of Jianhua Pan*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| Kaiqing Yang; Shouzhong Ding, as executor to decedent estate of Jianhua Pan,<br><br>    Plaintiffs,<br>  vs.<br><br>William Weidner; David Jacoby; Sahara Investments, LLC; Las Vegas Economic Impact Regional Center, LLC; Eastern Investments, LLC; BOFU, LLC; Weidner Management, LLC; Jodi Fonfa, as executrix of decedent estate of Andrew S. Fonfa, Does 1 through 100, inclusive, Roe Entities 1 through 100,<br><br>    Defendants. | Case No.: 2:20-cv-01518-KJD-DJA<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR LAS VEGAS ECONOMIC IMPACT REGIONAL CENTER, LLC TO FILE ITS RESPONSE TO AMENDED COMPLAINT**<br><br>**(FIRST REQUEST)** |

IT IS HEREBY STIPULATED between Plaintiffs, Kaiqing Yang and Shouzhong Ding, as executor to decedent estate of Jianhua Pan (hereinafter "Plaintiffs"), by and through their attorney of record, Yanxiong Li, Esq. of the law firm Wright, Finlay & Zak, LLP; and Defendant Las Vegas Economic Impact Regional Center, LLC ("LVEIRC"), by and through its attorney of record, Ryan A. Andersen, Esq. of Vegas Law Firm, the parties agree to extend the deadline for LVEIRC to file its response to Plaintiffs' Amended Complaint up to and including January 15, 2021.

This is the parties' first request for an extension and is not intended to cause any delay or prejudice to any party.

IT IS SO STIPULATED.

DATED this 7th day of December, 2020.

WRIGHT, FINLAY & ZAK, LLP

*/s/ Yanxiong Li, Esq.*
Yanxiong Li, Esq.
Nevada Bar No. 12807
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
*Attorney for Plaintiffs, Kaiqing Yang and Shouzhong Ding, as executor to decedent estate of Jianhua Pan*

DATED this 7th day of December, 2020.

ANDERSEN LAW FIRM, LTD.

*/s/ Ryan A. Andersen, Esq.*
Ryan A. Andersen, Esq.
Nevada Bar No. 12321
3199 E Warm Springs Rd, Ste 400
Las Vegas, Nevada 89120
*Attorney for Defendant Las Vegas Economic Impact Regional Center, LLC*

**ORDER**

IT IS SO ORDERED.

DATED this 8th day of December, 2020.

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE