WRIGHT, FINLAY & ZAK, LLP
Yanxiong Li, Esq.
Nevada Bar No. 12807
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
yli@wrightlegal.net
*Attorneys for Plaintiffs, Kaiqing Yang and Shouzhong Ding, as executor to decedent estate of Jianhua Pan*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| Kaiqing Yang; Shouzhong Ding, as executor to decedent estate of Jianhua Pan,<br><br>　　　　　Plaintiffs,<br>　vs.<br><br>William Weidner; David Jacoby; Sahara Investments, LLC; Las Vegas Economic Impact Regional Center, LLC; Eastern Investments, LLC; BOFU, LLC; Weidner Management, LLC; Jodi Fonfa, as executrix of decedent estate of Andrew S. Fonfa, Does 1 through 100, inclusive, Roe Entities 1 through 100,<br><br>　　　　　Defendants. | Case No.: 2:20-cv-01518-KJD-DJA<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR DEFENDANTS TO FILE THEIR RESPONSES TO AMENDED COMPLAINT**<br><br>**(FIRST REQUEST)** |

IT IS HEREBY STIPULATED between Plaintiffs, Kaiqing Yang and Shouzhong Ding, as executor to decedent estate of Jianhua Pan (hereinafter "Plaintiffs") and Defendants William Weidner; David Jacoby; BOFU, LLC; and Weidner Management, LLC (collectively, hereafter as "Defendants"), by their respective undersigned attorneys of record, that Defendants shall have up to and including January 22, 2021 to file their responses to Plaintiffs' Amended Complaint (ECF No. 22). The extension is requested given: (1) logistical difficulties encountered by Defendants' counsel in communicating with Defendants' representatives arising from remote working arrangements and schedules; (2) conflicts with the counsel for the

Defendants' own schedule; and (3) the need to consolidate the deadlines for the Defendants to provide their responses.

This is the parties' first request for an extension and is not intended to cause any delay or prejudice to any party. Good cause exists for the extension.

IT IS SO STIPULATED.

DATED this 14th day of December, 2020.   Dated this 14th day of December, 2020.

WRIGHT, FINLAY & ZAK, LLP    SANTORO WHITMIRE

*/s/ Yanxiong Li, Esq.*    */s/ Nicholas J. Santoro*
Yanxiong Li, Esq.    Nicholas J. Santoro (NBN. 0532)
Nevada Bar No. 12807    Oliver J. Pancheri (NBN. 7476)
7785 W. Sahara Ave., Suite 200    10100 W. Charleston Blvd., Suite 250
Las Vegas, NV 89117    Las Vegas, NV 89135
*Attorney for Plaintiffs, Kaiqing Yang and*    Tel.: (702) 948-8771
*Shouzhong Ding, as executor to decedent*    Email:  nsantoro@santoronevada.com
*estate of Jianhua Pan*                 opancheri@santoronevada.com

Darren Goldstein (*pro hac vice forthcoming*)
LEX NOVA LAW
Eizen/Goldstein/Roderick/Skinner/Spirgel/Dressel
Limited Liability Company
Commerce Center
1810 Chapel Ave. West
Cherry Hill, NJ 08002
Tel.: (856) 382-8550
Email: dgoldstein@lexnovalaw.com
*Attorneys for Defendants William Weidner, Bofu, LLC, Weidner Management, LLC, and David Jacoby*

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE
DATED this 15th day of December, 2020