WRIGHT, FINLAY & ZAK, LLP
Yanxiong Li, Esq.
Nevada Bar No. 12807
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
yli@wrightlegal.net
*Attorneys for Plaintiffs, Kaiqing Yang and Shouzhong Ding, as executor to decedent estate of Jianhua Pan*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| Kaiqing Yang; Shouzhong Ding, as executor to decedent estate of Jianhua Pan,<br><br>    Plaintiffs,<br>    vs.<br><br>William Weidner; David Jacoby; Sahara Investments, LLC; Las Vegas Economic Impact Regional Center, LLC; Eastern Investments, LLC; BOFU, LLC; Weidner Management, LLC; Jodi Fonfa, as executrix of decedent estate of Andrew S. Fonfa, Does 1 through 100, inclusive, Roe Entities 1 through 100,<br><br>    Defendants. | Case No.: 2:20-cv-01518-KJD-DJA<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR LAS VEGAS ECONOMIC IMPACT REGIONAL CENTER, LLC TO FILE ITS RESPONSE TO AMENDED COMPLAINT**<br><br>**(SECOND REQUEST)** |

　　IT IS HEREBY STIPULATED between Plaintiffs, Kaiqing Yang and Shouzhong Ding, as executor to decedent estate of Jianhua Pan (hereinafter "Plaintiffs"), by and through their attorney of record, Yanxiong Li, Esq. of the law firm Wright, Finlay & Zak, LLP; and Defendant Las Vegas Economic Impact Regional Center, LLC ("LVEIRC"), by and through its attorney of record, Ryan A. Andersen, Esq. of Vegas Law Firm, the parties agree to extend the deadline for LVEIRC to file its response to Plaintiffs' Amended Complaint up to and including January 22, 2021.

///

///

1 | This is the parties' second request for an extension and is not intended to cause any delay or prejudice to any party.

IT IS SO STIPULATED.

DATED this 13th day of January, 2021.   DATED this 13th day of January, 2021.

WRIGHT, FINLAY & ZAK, LLP   ANDERSEN LAW FIRM, LTD.

*/s/ Yanxiong Li, Esq.*   */s/ Ryan A. Andersen, Esq.*
Yanxiong Li, Esq.   Ryan A. Andersen, Esq.
Nevada Bar No. 12807   Nevada Bar No. 12321
7785 W. Sahara Ave., Suite 200   3199 E Warm Springs Rd, Ste 400
Las Vegas, NV 89117   Las Vegas, Nevada 89120
*Attorney for Plaintiffs, Kaiqing Yang and*   *Attorney for Defendant Las Vegas Economic*
*Shouzhong Ding, as executor to decedent*   *Impact Regional Center, LLC*
*estate of Jianhua Pan*

**ORDER**

IT IS SO ORDERED.

DATED this 14th day of January, 2021.

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE