1  WRIGHT, FINLAY & ZAK, LLP
   Charles C. McKenna, Esq.
2  California Bar No. 167169 (*Pro Hac Vice*)
   Lukasz I. Wozniak, Esq.
3  Nevada Bar No. 12139
4  Brody R. Wight, Esq.
   Nevada Bar No. 13615
5  7785 W. Sahara Ave., Suite 200
   Las Vegas, NV 89117
6  (702) 475-7964; Fax: (702) 946-1345
7  cmckenna@wrightlegal.net
   lwozniak@wrightlegal.net
8  bwight@wrightlegal.net
   *Attorneys for Plaintiffs, Kaiqing Yang and*
9  *Shouzhong Ding, as executor to decedent estate of*
10 *Jianhua Pan*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Kaiqing Yang; Shouzhong Ding, as executor to decedent estate of Jianhua Pan,<br><br>Plaintiffs,<br>vs.<br><br>William Weidner; David Jacoby; Sahara Investments, LLC; Las Vegas Economic Impact Regional Center, LLC; Eastern Investments, LLC; BOFU, LLC; Weidner Management, LLC; Jodi Fonfa, as executrix of decedent estate of Andrew S. Fonfa, Does 1 through 100, inclusive, Roe Entities 1 through 100,<br><br>Defendants. | Case No.: 2:20-cv-01518-KJD-DJA<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFFS TO RESPOND TO VARIOUS MOTIONS TO DISMISS AND JOINDERS TO THOSE MOTIONS [ECF NOS. 61, 62, 63, AND 66]**<br><br>(FIRST REQUEST) |

IT IS HEREBY STIPULATED between Plaintiffs, Kaiqing Yang and Shouzhong Ding, as executor to decedent estate of Jianhua Pan (hereinafter "Plaintiffs") and all named Defendants by their respective undersigned attorneys of record to extend the deadline for Plaintiffs to file and serve their responses to 1) Defendants William Weidner, David Jacoby,

Page 1 of 3

Sahara Investments, LLC, BOFU, LLC, and Weidner Management, LLC's motion to dismiss (the "Weidner Motion") (ECF No. 61); 2) Defendants Eastern Investments, LLC and Jodi Fonfa, as executrix to decedent estate of Andrew S. Fonfa's Joinder to the Weidner Motion (ECF No. 62); 3) Defendant Las Vegas Economic Impact Regional Center, LLC's ("LVEIRC") motion to dismiss (ECF No. 63); and 4) LVEIRC's Joinder to the Weidner Motion (ECF No. 66). Plaintiffs shall have until April 19, 2021, to file a response to the above motions and joinders. Defendants shall have until May 03, 2021 to file any reply to Plaintiffs' response.

This is the parties' first request for extension of this deadline, and is not extended to cause any delay or prejudice to any party.

IT IS SO STIPULATED.

| | |
|---|---|
| Dated this 7th day of April, 2021. | Dated this 7th day of April, 2021. |
| WRIGHT, FINLAY & ZAK, LLP | ANDERSEN LAW FIRM, LTD |
| */s/ Brody R. Wight* | */s/ Ryan A. Andersen* |
| Brody R. Wight Esq. (NBN 13615)<br>7785 W. Sahara Ave., Suite 200<br>Las Vegas, NV 89117 | Ryan A. Andersen, Esq. (NBN. 12321)<br>3199 E. Warm Springs, Suite 400<br>Las Vegas, Nevada 89120<br>*Attorneys for Defendant*<br>*Las Vegas Economic Impact Regional Center, LLC* |
| Charles C. McKenna, Esq. (*pro hac vice*)<br>Lukasz I. Wozniak, Esq. (NBN 12139)<br>4665 MacArthur Court, Suite 200<br>Newport Beach CA 92660<br>*Attorneys for Plaintiffs* | |

| | |
|---|---|
| Dated this 7th day of April, 2021. | Dated this 7th day of April, 2021. |
| SANTORO WHITMIRE | HOWARD & HOWARD ATTORNEYS, PLLC |
| /s/ Oliver Pancheri | /s/ Robert Hernquist |
| Nicholas J. Santoro, Esq. (NBN. 0532) | Robert Hernquist, Esq. (NBN. 10616) |
| Oliver J. Pancheri, Esq. (NBN. 7476) | Mark Gardberg, Esq. (NBN. 10879) |
| 10100 W. Charleston Blvd., Suite 250 | Wells Fargo Tower, Suite 1000 |
| Las Vegas, Nevada 89135 | 3800 Howard Hughes Parkway |
| | Las Vegas, Nevada 89169-5980 |
| LEX NOVA LAW, LLC | *Attorneys for Defendants Eastern Investments LLC and Jodi Fonfa, as executrix to decedent estate of Andrew S. Fonfa* |
| Darren H. Goldstein, Esq. (*pro hac vice*) | |
| Commerce Center | |
| 1810 Chapel Ave. W., Suite 200 | |
| Cherry Hill, New Jersey 08002 | |
| *Attorneys for Defendants William Weidner, David Jacoby, Sahara Investments, LLC, BOFU, LLC, and Weidner Management, LLC* | |

## **ORDER**

IT IS SO ORDERED.

Dated this  8th  day of  April , 2021.

_____
UNITED STATES DISTRICT JUDGE