NICHOLAS J. SANTORO, ESQ.
Nevada Bar No. 0532
OLIVER J. PANCHERI, ESQ.
Nevada Bar No. 7476
**SANTORO WHITMIRE**
10100 W. Charleston Blvd., Suite 250
Las Vegas, Nevada 89135
Tel.: (702) 948-8771 / Fax: (702) 948-8773
Email: nsantoro@santoronevada.com
　　　opancheri@santoronevada.com

DARREN GOLDSTEIN, ESQ.
(*Admitted Pro Hac Vice*)
**LEX NOVA LAW, LLC**
1810 Chapel Ave. West, Suite 200
Cherry Hill, NJ 08002
Tel.: (856) 382-8401 / Fax: (856) 406-7398
Email: dgoldstein@lexnovalaw.com

*Attorneys for Defendants William Weidner,*
*David Jacoby, Sahara Investments, LLC,*
*Bofu, LLC, and Weidner Management, LLC.*

## UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| KAIQING YANG; SHOUZHONG DING, as executor to decedent estate of JIANHUA PAN,<br><br>　　　　　　　Plaintiffs,<br><br>v.<br><br>WILLIAM WEIDNER; DAVID JACOBY; SAHARA INVESTMENTS, LLC; LAS VEGAS ECONOMIC IMPACT REGIONAL CENTER, LLC; EASTERN INVESTMENTS, LLC; BOFU, LLC; WEIDNER MANAGEMENT, LLC; JODI FONFA, as executrix to decedent estate of ANDREW S. FONFA; DOES 1 through 100, inclusive; ROE ENTITIES 1 through 100,<br><br>　　　　　　　Defendants. | Case No. 2:20-cv-01518-KJD-DJA<br><br>**STIPULATION AND ORDER TO STAY DISCOVERY AND CONTINUE ALL DEADLINES INCLUDING RULE 26(f) CONFERENCE AND DEADLINE TO SUBMIT STIPULATED DISCOVERY PLAN AND SCHEDULING ORDER**<br><br>**(SECOND REQUEST)** |

Pursuant to Rules 16(b) and 26(f) of the Federal Rules of Civil Procedure and Local Rules LR 6-1 and 26-1, the undersigned parties hereby stipulate and agree to continue the Rule 26(f) Conference and the submission of the Stipulated Discovery Plan and Scheduling Order as set forth more fully below.

1.      On May 21, 2021, counsel for Plaintiffs circulated an email seeking to schedule a Rule 26(f) conference in June 2021.

2.      In response to the e-mail from Plaintiffs' counsel, counsel for Defendants requested Plaintiffs to agree to a stay of this matter, including a stay of all discovery, pending resolution of the *sub judice* Motions to Dismiss.  (ECF Nos. 61-63, 66, 69, 72-74).

3.      Counsel for Plaintiffs and Defendants had subsequent conversations concerning Defendants' intention to move for a stay pending resolution of the Motions to Dismiss and Plaintiffs' counsel's concern that other potential plaintiffs—i.e. the plaintiffs who previously brought claims against the Defendants in United States District Court District of Nevada Case No. 2:19-cv-00229 (the "Potential Plaintiffs")—may seek to be joined as plaintiffs in this action or may seek to bring a similar action based on the resolution of this action and may be adversely affected if a stay is instituted without a tolling of the statute of limitations.

4.      Ultimately, counsel for all parties agreed to a temporary stay until the earlier of (a) ninety (90) days from Court approval of this stipulation, or (b) thirty (30) days after the Court issues orders either granting or denying all of the above-mentioned motions to dismiss so long as any claims remain pending after the issuance of said orders, and also preserving the rights of all Parties hereafter to seek or oppose a further stay.

5.      This Court entered the Order based on the agreement of counsel (ECF No. 78), which is set to expire on October 12, 2021.

6.      Beginning the week of September 13, 2021, counsel for the parties discussed whether they could reach agreement on an extension of the stay and Defendants' intention to move for a stay pending resolution of the Motions to Dismiss if counsel could not reach an agreement.

7.    Based on the agreement of counsel, the Parties hereby stipulate and agree that:

- all discovery in this matter (including, without limitation, Initial Disclosures, the Rule 26(f) conference, and the Stipulated Discovery Plan and Scheduling Order) is stayed until thirty (30) days after the Court issues orders either granting or denying all of the above-mentioned motions to dismiss so long as any claims remain pending after the issuance of said orders;

- any Party may seek or oppose a further stay of discovery in this matter;

- subject to another agreement of the Parties or a motion by any of the Parties seeking a further stay, the Stipulated Discovery Plan and Scheduling Order shall be due thirty (30) days after the stay expires; and

- the statute of limitations is tolled with respect to the period of time that the stay of discovery is in effect with respect to any of the Potential Plaintiffs who hereafter seeks to be joined as a plaintiff in this action or who bring substantially similar claims after the resolution of this action.

IT IS SO AGREED AND STIPULATED.

Dated this 22nd day of September, 2021

*/s/ Brody R. Wight*
BRODY R. WIGHT, ESQ.
Nevada Bar No. 13615
**Wright Finlay & Zak, LLP**
7785 W. Sahara Ave., Suite 200
Las Vegas, Nevada 89117
Tel.: (702) 475-7964
Email: bwight@wrightlegal.net

*Attorneys for Plaintiffs Kaiqing Yang and Shouzhong Ding, as executor to decedent estate of Jianhua Pan*

Dated this 22nd day of September, 2021

*/s/ Oliver J. Pancheri*
NICHOLAS J. SANTORO, ESQ.
Nevada Bar No. 532
OLIVER J. PANCHERI, ESQ.
Nevada Bar No. 7476
**Santoro Whitmire**
10100 W. Charleston Blvd., Suite 250
Las Vegas, Nevada 89135
Tel.: (702) 948-8771
Email: nsantoro@santoronevada.com
            opancheri@santoronevada.com

DARREN H. GOLDSTEIN, ESQ.
(*Admitted Pro Hac Vice*)
**Lex Nova Law, LLC**
1810 Chapel Ave. West, Suite 200
Cherry Hill, New Jersey 08002
Tel.: (856) 382-8401

Email: dgoldstein@lexnovalaw.com

*Attorneys for Defendants William Weidner,*
*David Jacoby, BOFU, LLC, Sahara*
*Investments, LLC, and Weidner Management,*
*LLC*

Dated this 22nd day of September, 2021

Dated this 22nd day of September, 2021

/s/ Robert W. Hernquist
ROBERT W. HERNQUIST, ESQ.
Nevada Bar No. 10616
MARK GARDBERG, ESQ.
Nevada Bar No. 10879
**Howard &Howard Attorneys**
Wells Fargo Tower
3800 Howard Hughes Pkwy., Suite 1000
Las Vegas, Nevada 89169-5980
Tel.: (702) 257-1483
Email: rwh@h2law.com
            mjg@h2law.com

/s/ Ryan A. Anderson
RYAN A. ANDERSEN, ESQ.
Nevada Bar No. 12321
**Andersen Law Firm, Ltd**.
3199 E. Warm Springs Rd., Suite 400
Las Vegas, Nevada 89120
Tel.: (702) 522-1992
Email: ryan@vegaslawfirm.legal

*Attorneys for Defendant Las Vegas Economic*
*Impact Regional Center, LLC*

*Attorneys for Defendants Jodi Fonfa, as*
*executrix to decedent estate of Andrew S.*
*Fonfa, and Eastern Investments LLC*

**IT IS SO ORDERED**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: September 23, 2021

- 4 -