UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| Kaiqing Yang; Shouzhong Ding, as executory to decedent estate of Jianhua Pan,<br><br>           Plaintiffs,<br><br>    v.<br><br>William Weidner, et al.,<br><br>           Defendants. | Case No. 2:20-cv-01518-KJD-DJA<br><br>**Order** |

Plaintiffs' counsel, the law firm of Wright, Finlay & Zak, LLP, have moved to withdraw, explaining that Plaintiffs have not fulfilled their payment obligations. (ECF No. 82). Wright, Finlay & Zak explain that "Plaintiffs are in the process of obtaining new counsel," along with contact information for Plaintiffs. (*Id.*). Wright, Finlay & Zak do not, however, provide a certificate of service for Plaintiffs.

Under Local Rule ("LR") IA 11-6(b), "[i]f an attorney seeks to withdraw after appearing in a case, the attorney must file a motion or stipulation and serve it on the affected client and opposing counsel." LR IA 11-6(b). "The affected client may, but is not required to, file a response to the attorney's motion within 14 days of the filing of the motion." LR IA 11-6(b). The Court finds that Wright, Finlay & Zak has met the requirements of LR IA 11-6(b) except for including a certificate of service with Plaintiffs' last known address. The Court nonetheless grants the motion because Wright, Finlay & Zak indicate that Plaintiffs have "apparently started the process of engaging new counsel" and Wright, Finlay & Zak have sent the motion to Mr. Qing Li[1] "consistent [with] the method by which WFZ has been communicating with Plaintiffs

---

[1] In their declaration, counsel explained that "[i]n order to effectively address language, geographic and cultural barriers that exist between counsel in the U.S. and non-English speaking

during the course of this litigation." (ECF No. 82 at 3-4).  Wright, Finlay & Zak is thus directed to serve a copy of the motion and this order on Plaintiffs.

**IT IS THEREFORE ORDERED** that Wright, Finlay & Zak's motion to withdraw (ECF No. 82) is **granted**.  The Clerk of Court is kindly directed to add Plaintiffs' last known addresses to the civil docket and send a copy of this order to the Plaintiffs.

**Kaiqing Yang & Shouzhong Ding as executor to the estate of Jianhua Pan**
c/o Mr. Qing Li
Jun He
20/F, China Resources Building,
8 Jiangoumenbei Avenue
Beijing 100005, P. R. China
Phone:	+86 10 8519 1357
Email:	liq@junhe.com
	liq2021nbox@outlook.com
	liqingbox@yahoo.com

**IT IS FURTHER ORDERED** that Wright, Finlay & Zak, LLP shall serve a copy of the motion to withdraw and a copy of this order on Plaintiffs.

**IT IS FURTHER ORDERED** that Plaintiffs must advise the Court whether they will retain new counsel or proceed *pro se* by **Friday, April 29, 2022.**  Filing a notice of new counsel on or before this date is sufficient to comply with this order.

DATED: March 16, 2022

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

---

Plaintiffs in China, counsel has relied on Mr. Qing Li ("Mr. Q. Li"), a senior, bilingual partner at the June He law firm in Beijing, China, to act as conduit to the Plaintiffs."  (ECF No. 82-1 at 3).