# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
\* \* \*

| | |
|---|---|
| KAIQING YANG, *et al.*, | Case No. 2:20-cv-01518-KJD-EJY |
| Plaintiffs, | ORDER |
| v. | |
| WILLIAM WEIDNER, *et al.*, | |
| Defendants. | |

On March 31, 2022, the Court granted Defendants' motions to dismiss in part and granted Plaintiffs leave to amend the complaint. However, the Court warned Plaintiffs that failure to file an amended complaint would result in final dismissal of all their claims. Plaintiffs' amended complaint was due no later than April 21, 2022. Though the time has passed, Plaintiffs have failed to file an amended complaint or to otherwise respond to the Court's order.

Accordingly, IT IS HEREBY ORDERED that Plaintiffs' action is dismissed for failure to file an amended complaint and on the merits as described in the Court's Order (#85);

IT IS FURTHER ORDERED that the Clerk of the Court enter **JUDGMENT** for Defendants and against Plaintiffs.

Dated this 3rd day of May, 2022.

_____
Kent J. Dawson
United States District Judge