WRIGHT, FINLAY & ZAK, LLP
Stephanie A. Garabedian, Esq.
Nevada Bar No. 9612
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
sgarabedian@wrightlegal.net

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| Kaiqing Yang; Shouzhong Ding, as executor to decedent estate of Jianhua Pan,<br><br>        Plaintiffs,<br>    vs.<br><br>William Weidner; David Jacoby; Sahara Investments, LLC; Las Vegas Economic Impact Regional Center, LLC; Eastern Investments, LLC; BOFU, LLC; Weidner Management, LLC, Jodi Fonfa, as executrix to decedent estate of Andrew S. Fonfa, Does 1 through 100, inclusive, Roe Entities 1 through 100,<br><br>        Defendants. | Case No.: 2:20-cv-01518-KJD-DJA<br><br><br>**MOTION FOR RETURN OF COST BONDS** |

Pursuant to NRS 18.130(1) and orders entered by the Court, Wright, Finlay & Zak, LLP ("WFZ"), as former counsel for Plaintiffs, Kaiqing Yang and Shouzhong Ding, as executor to decedent estate of Jianhua Pan (collectively "Plaintiffs"), posted multiple cost bonds in the above-captioned matter.

On January 15, 2021, Eastern Investments LLC filed its Demand for Security of Costs to be Posted by Plaintiffs [ECF No. 43]. The Court's Order requiring a bond be posted was subsequently entered on January 27, 2021 [ECF No. 52]. On March 1, 2021, WFZ posted a bond in the amount of $1,000.00 as shown in the Certificate of Cash Deposit filed the same day [ECF No. 55].

On January 19, 2021, William Weidner, David Jacoby, BOFU, LLC, Sahara Investments, LLC, and Weidner Management, LLC's filed their Demand for Security of Costs [ECF No. 44].

1

The Court's Order requiring a bond be posted was subsequently entered on January 27, 2021 [ECF No. 53]. On March 1, 2021, WFZ posted a bond in the amount of $5,000.00 as shown in the Certificate of Cash Deposit filed the same day [ECF No. 56].

On January 19, 2021, Las Vegas Economic Impact Regional Center, LLC's filed its Amended Demand for Security of Costs [ECF No. 47]. The Court's Order requiring a bond be posted was subsequently entered on January 27, 2021 [ECF No. 54]. On March 1, 2021, WFZ posted a bond in the amount of $1,000.00 as shown in the Certificate of Cash Deposit filed the same day [ECF No. 57].

On March 10, 2021, Jodi Fonfa as executrix to decedent estate of Andrew S. Fonfa filed a Demand for Security of Costs to be Posted by Plaintiffs [ECF No. 58]. The Court's Order requiring a bond be posted was subsequently entered on March 11, 2021 [ECF No. 59]. On March 19, 2021, WFZ posted a bond in the amount of $1,000.00 as shown in the Certificate of Cash Deposit filed the same day [ECF No. 60].

On March 14, 2022, WFZ moved to withdraw as counsel for Plaintiffs due to unpaid invoices for professional services and costs incurred on Plaintiffs' behalf [ECF No. 82]. An Order approving WFZ's request to withdraw as counsel for Plaintiffs was entered on March 16, 2022 [ECF No. 83].

This matter has since been resolved and dismissal was entered on May 3, 2022 [ECF No. 87]. With no other party having moved for a disbursement of the cost bonds, WFZ now moves for return of the cost bonds with any accrued interest to:

> WRIGHT, FINLAY & ZAK, LLP
> 7785 W. Sahara Avenue, Suite 200
> Las Vegas, Nevada 89117

DATED this 13th day of March, 2024.

WRIGHT, FINLAY & ZAK, LLP

/s/ Stephanie A. Garabedian
Stephanie A. Garabedian, Esq.
Nevada Bar No. 9612
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117

2

## CERTIFICATE OF SERVICE

Pursuant to Fed. R. Civ. P. 5(b), I certify that I am an employee of WRIGHT, FINLAY & ZAK, LLP, and that on this 13th day of March, 2024, I did cause the foregoing **MOTION FOR RETURN OF COST BONDS** to be filed and served to all parties and counsel as identified on the Court-generated Notice of Electronic Filing and mailed to the following addresses:

KAIQING YANG c/o Mr. Qing Li
Jun He
20/F, China Resources Building
8 Jiangoumenbei Avenue
Beijing 100005
PR China

Shouzhong Ding c/o Mr. Qing Li
Jun He
20/F, China Resources Building
8 Jiangoumenbei Avenue
Beijing 100005
PR China

*/s/ Jason Craig*
An Employee of WRIGHT, FINLAY & ZAK, LLP

3