UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| KAIQING YANG, et al., | Case No. 2:20-cv-01518-KJD-DJA |
| Plaintiffs, | **ORDER – Release Bonds** |
| v. | |
| WILLIAM WEIDNER, et al., | |
| Defendants. | |

Presently before the Court is Plaintiffs' Motion for Release of Bond Obligation (#90). Defendants did not file a response in opposition, and the time to do so had passed.

On January 27, 2021, Magistrate Judge Albregts ordered Plaintiffs to post three separate bonds: one for $5000.00 and two for $1000.00 each. (#52/53/54). On March 1, 2021, Wright, Finlay & Zak ("WFZ"), LLP, posted all bonds on behalf of Plaintiffs, receipt numbers NVLAS074283, NVLAS074282, and NVLAS074281, for a total of $7000.00. (#55/56/57). Subsequently on March 11, 2021, Magistrate Judge Albregts ordered Plaintiffs to post a fourth bond for $1000.00. (#59). On March 19, 2021, WFZ posted a fourth bond on behalf of Plaintiffs, receipt number NVLAS074630, for $1000.00. (#60).

On May 3, 2022, the Court dismissed Plaintiffs' action for failing to file an amended complaint. (#87). Therefore, as this matter is now concluded, the Court will refund the bonds to WFZ in the amount of $8000.00, along with interest.

Accordingly, **IT IS HEREBY ORDERED** that Plaintiffs' Motion for Release of Bond Obligation (#90) is **GRANTED**.

Dated this 22nd day of April 2024.

_____
Kent J. Dawson
United States District Judge